UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tair Jones,
    Plaintiff

v.                           Case No.  1:11-cv-228

Commissioner of
Social Security,
    Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 12, 2012 (Doc. 13).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. The decision of the Commissioner to deny Plaintiff Supplemental Security Income benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g). The Administrative Law Judge is to reevaluate: a) the weight to be given to each medical opinion; and b) Plaintiff's credibility.

Date: July 9, 2012                              s/Sandra S. Beckwith
                                                            Sandra S. Beckwith, Senior Judge
                                                            United States District Court