# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Tair Jones,
          Plaintiff

v.                                    Case No.   1:11-cv-228

Commissioner of Social Security,
          Defendant

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed October 23, 2013 (Doc. 19).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  Defendant's motion to strike the Stipulation is **GRANTED in part**.  Plaintiff's motion for attorney fees is **GRANTED**, and plaintiff's counsel is awarded $3,339.69.


Date: November 25, 2013                    s/Sandra S. Beckwith
                                           Sandra S. Beckwith, Senior Judge
                                           United States District Court